UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, ELIZABETH DEVOS, Secretary of Education, and JOHNNY W. COLLETT, Assistant Secretary for Special Education and Rehabilitative Services,<br><br>    Defendants. | Case No. 1:18-cv-1636-TSC |

### DEFENDANTS' CERTFICATION OF ADMINISTRATIVE RECORD

I, Kathryn A. Ellis, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the attached pages AR 000001 – 002319, as identified on the Administrative Record Index filed with this Certification, constitute true copies of the administrative record underlying the Department of Education's decision concerning its final rule issued on July 3, 2018, at 83 Fed. Reg. 31306.

Documents that are privileged are not a part of the administrative record.

Dated: November 5, 2018

Respectfully submitted,

_Kathryn A. Ellis_
Kathryn A. Ellis
Assistant General Counsel
Division of Educational Equity
Office of the General Counsel
U.S. Department of Education

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, ELIZABETH DEVOS, Secretary of Education, and JOHNNY W. COLLETT, Assistant Secretary for Special Education and Rehabilitative Services,<br><br>Defendants. | Case No. 1:18-cv-1636-TSC |

### ADMINSTRATIVE RECORD INDEX FOR THE FINAL RULE PUBLISHED BY THE DEPARTMENT ON JULY 3, 2018

Office of Special Education Programs (OSEP) Memorandum to
    State Directors of Special Education, January 21, 2011....................AR-000001

Article Published in *Educational Researcher*, December 2012 ..................AR-000004

Article Published in *Journal of Criminal Justice*, February 2014................AR-000018

2016 Texas Education Agency Performance-based Monitoring
    Analysis System Manual......................................................................AR-000028

Notice of Proposed Rulemaking (NPRM), March 2, 2016........................AR-000120

Public Comments in Response to March 2, 2016, NPRM..........................AR-000151

Final Rule, December 19, 2016....................................................................AR-001182

Article Published in *Exceptional Children*, Vol. 83 (2017)........................AR-001271

OSEP IDEA Part B 2017 Monitoring Visit Report for Texas......................AR-001290

Notice of Request for Evaluation of Existing Regulations,
    June 22, 2017.........................................................................................AR-001304

Public Comments in Response to June 22, 2017 Notice............................AR-001306

NPRM, February 27, 2018....................................................................AR-001350

Appendix to February 27, 2018 NPRM...................................................AR-001354

Public Comments in Response to February 27, 2018 NRPM.....................AR-001356

Freedom of Information Act Request from Seth Galanter,
    April 23, 2018...........................................................................AR-002285

Article Published in *Politico Morning Education*, May 16, 2018
    (copied into electronic mail, as original is not retrievable)...............AR-002296

Final Rule, July 3, 2018 ....................................................................... AR-002299

Appendix to July 3, 2018, Final Rule....................................................AR-002312