UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION; JOHNNY W. COLLET, ASSISTANT SECRETARY FOR SPECIAL EDUCATION AND REHABILITATIVE SERVICES; U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Civil Action No. 18-cv-1636 (TSC) |

## ORDER

Upon consideration of Defendants' Motion to Dismiss, ECF No. 14, Plaintiff's Motion for Summary Judgment, ECF No. 16, and Defendants' Motion for Summary Judgment, ECF No. 22, and for the reasons set forth in the court's Memorandum Opinion dated March 7, 2019, ECF No. 31, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 14, is **DENIED**. It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 16, is **GRANTED**. It is further

**ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 22, is **DENIED**. It is further

**ORDERED** that the Final 2018 "Delay Regulation," Assistance to States for the Education of Children With Disabilities; Preschool Grants for Children With Disabilities, 83 Fed. Reg. 31306 (July 3, 2018) is **VACATED**.

Date:  March 7, 2019

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge