UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION, et al., <br><br> Defendants. | Case No. 1:18-cv-1636-TSC |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report in response to the Court's June 11, 2020 Order, which directed the parties to address the status of negotiations regarding Plaintiff's pending fee application. The parties have continued their settlement discussions on the fees-and-costs issue, and their efforts remain ongoing. They respectfully ask for additional time to determine whether they can resolve this issue and suggest filing another joint status report with this Court on or before August 12, 2020, to provide the Court a further update about their efforts.

Dated: July 11, 2020    Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch

/s/ *Kevin Snell*
KEVIN SNELL
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW

1

Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendant*


/s/ *Jean-Claude André*
Jean-Claude André (*admitted pro hac vice*)
Sidley Austin LLP
555 West Fifth Street, Suite 400
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
Email: jcandre@sidley.com

Jennifer J. Clark
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Fax: (202) 736-8711
Email: jennifer.clark@sidley.com

Seth Michael Galanter
Crystal M. Adams
National Center for Youth Law
1313 L St. NW, Suite #130
Washington, DC 20005
Telephone: (202) 288-8188
Fax: (202) 868-4788
Email: sgalanter@youthlaw.org

Michael Harris (*admitted pro hac vice*)
National Center for Youth Law
405 14th St., 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Fax: (410) 835-8099
Email: mharris@youthlaw.org

*Counsel for Plaintiff*