# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COUNCIL OF PARENT ATTORNEYS
AND ADVOCATES, INC.,

       Plaintiff,

    v.

ELIZABETH (BETSY) DEVOS,
SECRETARY OF EDUCATION, et al.,

      Defendants.

Case No. 1:18-cv-1636-TSC

## JOINT STATUS REPORT

Pursuant to this Court's July 16, 2020 Order, the parties respectfully submit this Joint Status Report updating the Court on the status of negotiations regarding Plaintiff's pending fee application. The parties continue to explore whether they can settle the fees-and-costs issue, and their efforts remain ongoing. They therefore respectfully ask for additional time to confer. Because this Court ordered the parties to file a joint status report every thirty days, *see* July 16, 2020 Order, and thirty days from today is a Sunday that is followed by a Federal holiday, the parties plan to file another joint status report no later than October 13, 2020. *See* Fed. R. Civ. P. 6(a)(1)(C).

Dated:  September 11, 2020   Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch

/s/ *Kevin Snell*
KEVIN SNELL

1

Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, D.C. 20005
Telephone:  (202) 305-0924
Fax:  (202) 616-8460
Email:  Kevin.Snell@usdoj.gov

*Counsel for Defendant*


/s/ *Jean-Claude André*
Jean-Claude André (*admitted pro hac vice*)
Sidley Austin LLP
555 West Fifth Street, Suite 400
Los Angeles, CA 90013
Telephone: (213) 896-6000
Fax: (213) 896-6600
Email: jcandre@sidley.com

Jennifer J. Clark
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Fax: (202) 736-8711
Email: jennifer.clark@sidley.com

Seth Michael Galanter
Crystal M. Adams
National Center for Youth Law
1313 L St. NW, Suite #130
Washington, DC 20005
Telephone: (202) 288-8188
Fax: (202) 868-4788
Email: sgalanter@youthlaw.org

Michael Harris (*admitted pro hac vice*)
National Center for Youth Law
405 14th St., 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Fax: (410) 835-8099
Email: mharris@youthlaw.org

*Counsel for Plaintiff*