UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION, et al., <br><br> Defendants. | Case No. 1:18-cv-1636-TSC |

## JOINT STATUS REPORT

Pursuant to this Court's November 30, 2020 Order, the parties respectfully submit this Joint Status Report updating the Court on the status of negotiations regarding Plaintiff's pending fee application. In the parties' last Joint Status Report, they informed the Court that they had reached an agreement in principle that, once finalized and executed, will resolve the fees-and-costs without further litigation.

Since the parties' last report, the parties have been working to formalize their agreement in writing and obtain the necessary final approval, and they expect this process to conclude imminently. The parties anticipate filing another joint status report no later than May 4, 2021.

Dated: April 27, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

CARLOTTA WELLS
Assistant Branch Director, Federal Programs Branch

/s/ *Kevin Snell*
KEVIN SNELL

Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 305-0924
Fax: (202) 616-8460
Email: Kevin.Snell@usdoj.gov

*Counsel for Defendants*


/s/ *Jennifer J. Clark*
Jennifer J. Clark
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Fax: (202) 736-8711
Email: jennifer.clark@sidley.com

Seth Michael Galanter
Crystal M. Adams
National Center for Youth Law
1313 L St. NW, Suite #130
Washington, DC 20005
Telephone: (202) 288-8188
Fax: (202) 868-4788
Email: sgalanter@youthlaw.org

Michael Harris (*admitted pro hac vice*)
National Center for Youth Law
405 14th St., 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Fax: (410) 835-8099
Email: mharris@youthlaw.org

*Counsel for Plaintiff*