UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL CARDONA, Secretary of Education, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-1636-TSC |

### [PROPOSED] ORDER

Upon consideration of the parties' May 4, 2021 Joint Status Report, the Court hereby VACATES the requirement that the parties file periodic joint status reports.

**SO ORDERED**.

_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　TANYA S. CHUTKAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1